# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TRACEY JACKSON, | No. 4:17-CV-02181 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of February 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(b), January 8, 2020, ECF No. 36, is **held in abeyance.**

2. The deadline for the completion of fact discovery is extended until April 24, 2020.

3. The deadline for the filing of dispositive motions is extended from February 28, 2020 until June 24, 2020.

4. Plaintiff shall provide counsel for Defendant with her responses to the outstanding discovery requests by April 10, 2020.

5. Plaintiff shall appear for deposition no later than April 10, 2020, at a day and time that is mutually agreeable to her and counsel for Defendant.

6. **If Plaintiff fails to provide counsel for Defendant with her outstanding discovery responses by April 10, 2020, <u>or</u> if Plaintiff fails to appear for deposition by April 10, 2020, then the Court will hold that Plaintiff has failed to prosecute her case under Federal Rule of Civil Procedure 41(b). The Court will then grant Defendant's Motion to Dismiss, ECF No. 36, and dismiss this case with prejudice.**

                          BY THE COURT:

                          *s/ Matthew W. Brann*
                          Matthew W. Brann
                          United States District Judge